AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO IBARRA, III. AND ALFREDO FLORES, JR.<br><br>*Defendant* | )<br>)<br>) Case No. 5:13-MJ-1091<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  12/20/2013  in the county of  BEXAR  in the  WESTERN  District of TEXAS, the defendant violated  21  U. S. C. §  841(a)(1) , an offense described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

PENALTY: 0 TO 20 YEARS IMPRISONMENT, UP TO $1 MILLION FINE, MANDATORY 3 YEAR TERM OF SUPERVISED RELEASE, MANDATORY $100 ASSESSMENT

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

✓ Continued on the attached sheet.

*Complainant's signature*

DARRON PHILLIPS, SAPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/22/2013

*Judge's signature*

City and state:   SAN ANTONIO, TEXAS          HENRY J. BEMPORAD, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

1. I, DARRON PHILLIPS, am a certified peace officer in and for the State of Texas. I am currently employed as a Detective with the San Antonio (Texas) Police Department (SAPD). The following is based on information provided to me by the individuals more fully identified below and from my own personal observations:

2. On December 19, 2013, I spoke with a Homeland Security Investigations Special Agent from Laredo, Texas, and was told by him that he had received information that two individuals I previously identified as ROBERTO IBARRA, III. and ALFREDO FLORES, JR. were supposed to be in San Antonio, Texas the following day and were to be driving a 1999 Tahoe motor vehicle that contained a quantity of controlled substances. On December 20, 2013, once I located the Tahoe, I requested a SAPD patrol unit to conduct a traffic stop of said Tahoe. The Tahoe was registered to and driven by IBARRA. FLORES was a passenger in the rear right side passenger seat. The vehicle was also occupied by two other adults and two juveniles. During my investigation at the scene of the traffic stop, IBARRA advised me of the location of a pound and two ounces of methamphetamine which were in the Tahoe. A baby wipes box was located under the

1

rear right passenger seat where FLORES was seated. The baby wipes box contained three plastic baggies. Within the baggies were substances which were field tested positive for the presence of methamphetamine. The baggies with the methamphetamine had a cumulative weight of approximately 540 grams. I know from my experience and training that this quantity of methamphetamine is consistent with and evidences the intent to distribute.

_____
DARRON PHILLIPS, SAPD

Sworn to before me on December 22, 2013.

_____
HENRY J. BEMPORAD
U. S. Magistrate Judge

2